UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Howard Roberts,<br>    *Plaintiff*,<br>    *v.*<br>ReEnergy Sterlings LLC, et al,<br>    *Defendants*. | Civil No. 3:13cv1174 (JBA)<br><br>November 16, 2015 |

**Order**

As set out on the record during the teleconference held November 16, 2015, with counsel for Plaintiff Howard Roberts and Defendants ReEnergy Sterling LLC, and Suburban Contract Cleaning, a/k/a Suburban Integrated Services:

1. Plaintiff's Second Motion to Amend/Correct Complaint [Doc. # 51] is granted on consent.

2. Plaintiff's Motion to Compel to Defendant ReEnergy [Doc. # 49] is denied without prejudice pursuant to Defendant ReEnergy's representation that any existing documents necessary to supplement Plaintiff's extant discovery requests will be produced no later than November 30, 2015.

IT IS SO ORDERED.

                /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 16th day of November 2015.